UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRETTON BAKER and
KELLY BAKER,

    Plaintiffs,

CASE NO.:  6:17-cv-02000-CEM-KRS

-VS-

USAA FEDERAL SAVINGS BANK.,

    Defendant.
_____/

### NOTICE OF ISSUANCE OF SUMMONS

COME NOW Plaintiffs, Bretton Baker and Kelly Baker, by and through the undersigned counsel, hereby file this Notice of Issuance of Summons.  The Summons is being filed with this Notice and is attached as Exhibit A.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF this 12th day of December, 2017, to the Clerk of Court.

    */s/ Shaughn C. Hill*

    Shaughn C. Hill, Esq.
    FBN: 105998
    Morgan & Morgan, Tampa,  P.A.
    One Tampa City Center
    201 N. Franklin Street, 7th Floor
    Tampa, FL 33602
    Tel:  (813) 223-5505
    Fax:  (813) 223-5402
    shill@forthepeople.com
    lcrouch@forthepeople.com
    jsherwood@forthepeople.com
    *Counsel for Plaintiff*