UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRETTON BAKER and KELLY
BAKER,**

                          **Plaintiffs,**

**v.**                                                    **Case No:  6:17-cv-2000-Orl-41GJK**

**USAA FEDERAL SAVINGS BANK,**

                          **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Mediation Disposition Report (Doc. 31), which states that the above-styled action has been completely settled.

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida on June 4, 2018.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record